In the Matter of the Admission of ANONYMOUS, Appellant.

Submitted February 17, 2015; decided May 14, 2015

Motion, insofar as it seeks leave to appeal from the November 2014 Appellate Division order, dismissed as untimely (*see* CPLR 5513 [b]); motion for leave to appeal otherwise denied.